AO 467 (1/86) Order Holding Defendant
FILED IN COURT ASHEVILLE, N.C. MAY 9 2007 U.S. DISTRICT COURT W. DIST. OF N.C.

# United States District Court

__Western__ DISTRICT OF __North Carolina__

UNITED STATES OF AMERICA

v.

__Susana Luciani__

ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

Case Number: 1:07mj43

Charging District Case Number: 07-20269 CR-Martinez

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Southern__ District of __Florida-Miami__; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) __When Notified__
Place and Address

_____ on _____
Date and Time

Signature of Judicial Officer

__May 9, 2007__  __Dennis L. Howell U.S. Magistrate Judge__
Date                Name and Title of Judicial Officer